**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **JANE DOE et al.,** *Plaintiffs,* | : : : : | **CIVIL ACTION** |
| v. | : : | No. 14-1695 |
| **PRIME HEALTHCARE SERVICES, INC. et al.,** *Defendants.* | : : : : | **FILED UNDER SEAL** |

**O R D E R**

**AND NOW**, this 21st day of December, 2018, upon consideration of the United States' *Ex Parte* Motion to Unseal Specified Documents at Such Time as the United States Notifies the Court that the Settlement Agreement has Been Fully Executed (Doc. No. 24) and the United States' representation to the Court that the Motion is unopposed by the Relator, **it is ORDERED** that the Motion (Doc. No. 24) is **GRANTED**. All documents in this case shall remain under seal until such time as the United States files a Notice of Intervention with the Court notifying the Court that a Settlement Agreement has been fully executed in the above-captioned case. Upon such time as the United States files the Notice of Intervention:

1. Only the following documents shall be unsealed:

    a. The United States' Notice of Intervention;

    b. Relator's complaint;

    c. This Order; and

    d. All documents filed after the filing of the United States' Notice of Intervention.

2. All other papers or Orders on file in this matter as to the date of this Order shall remain under seal.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE